1  Diana G. Dickinson, Esq.
   Bar No. 13477
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email:       ddickinson@littler.com

6  Attorney for Defendant
   BACKGROUNDCHECKS.COM LLC
7

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

10 DAVID HORTON,                              Case No. 2:22-cv-01388-CDS-EJY

11         Plaintiff,                         **STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**
12    v.

13 BACKGROUNDCHECKS.COM LLC,

14         Defendant.                         **[FIRST REQUEST]**

15

16     Plaintiff DAVID HORTON ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM

17 LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend

18 the time for Defendant to file a response to the Complaint from the current deadline of December 27,

19 2022, up to and including **January 26, 2023.**

20     The requested extension is necessary in light of the fact that Defendant's counsel was recently

21 retained.  The additional time will allow defense counsel to conduct a complete investigation into the

22 allegations and to prepare a response to the Complaint.

23 / / /

24

25 / / /

26

27 / / /

28

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 27, 2022

Respectfully submitted,

*/s/ Michael Kind*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
DAVID HORTON

Dated:  December 27, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated:  December 27, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4877-8684-0132.1 / 107811-1028

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2